UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Rex J. Roldan, Esquire (RR7961)
Washington Professional Campus
900 Route 168, Suite I-4
Turnersville, New Jersey 08012
(856) 232-1425   Fax (856) 232-1025
Attorney for Debtor

Order Filed on September 19, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

GIOVANNI PERRICONE

Case No.:   17-15389 (ABA)

Chapter:   13

Judge:   Andrew B. Altenburg

## ORDER AUTHORIZING RETENTION OF

KIMBERLY GARRIGUES, ESQUIRE

The relief set forth on the following page is **ORDERED**.

**DATED: September 19, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain ___Kimberly Garrigues, Esquire___

as ___Special Counsel___, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: ___Costa Vetra LaRosa & Costa___
___2039 Briggs Road, PO Box 1615___
___Mt. Laurel, NJ 08054___

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*