UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Rex J. Roldan, Esquire (RR7961)
Washington Professional Campus
900 Route 168, Suite I-4
Turnersville, New Jersey 08012
(856) 232-1425   Fax (856) 232-1025
Attorney for Debtor

In Re:

GIOVANNI PERRICONE

Order Filed on September 19, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: _____17-15389 (ABA)_____

Chapter: _____13_____

Judge: ___Andrew B. Altenburg___

## ORDER AUTHORIZING RETENTION OF

_____KIMBERLY GARRIGUES, ESQUIRE_____

The relief set forth on the following page is **ORDERED**.

**DATED: September 19, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain _____Kimberly Garrigues, Esquire_____

as _____Special Counsel_____, it is hereby ORDERED:

1.    The applicant is authorized to retain the above party in the professional capacity noted.

The professional's address is:    Costa Vetra LaRosa & Costa

2039 Briggs Road, PO Box 1615

Mt. Laurel, NJ 08054

2.    Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3.    If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4.    The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-15389-ABA
Giovanni Perricone                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1              User: admin              Page 1 of 1              Date Rcvd: Sep 19, 2017
                                 Form ID: pdf903          Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 21, 2017.
db            #+Giovanni Perricone,    206 Peach Road,    Edgewater Park, NJ 08010-2706
aty            +Kimberly Garrigues,    Costa Vetra LaRosa & Costa,    2039 Briggs Road,    PO Box 1615,
                 Mt. Laurel, NJ 08054-7615

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 19, 2017 at the address(es) listed below:
          Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC NJECFMAIL@mwc-law.com
          Brian C. Nicholas    on behalf of Creditor    Toyota Motor Credit Corporation
           bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Celine P. Derkrikorian    on behalf of Creditor    Bayview Loan Servicing, LLC njecfmail@mwc-law.com
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
          Karen B. Olson    on behalf of Creditor    Stonegate Mortgage Corporation kbo@kkmllp.com,
           nmm@kkmllp.com
          Rex J. Roldan    on behalf of Debtor Giovanni  Perricone roldanlaw@comcast.net,
           r43760@notify.bestcase.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                        TOTAL: 8