# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−15389−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Giovanni Perricone
   206 Peach Road
   Edgewater Park, NJ 08010

Social Security No.:
   xxx−xx−3565

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/20/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: November 20, 2017
JAN: bc

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-15389-ABA
Giovanni Perricone                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2             Date Rcvd: Nov 20, 2017
                              Form ID: 148             Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2017.
```
db             #+Giovanni Perricone,    206 Peach Road,    Edgewater Park, NJ 08010-2706
aty             +Kimberly Garrigues,    Costa Vetra LaRosa & Costa,    2039 Briggs Road,    PO Box 1615,
                  Mt. Laurel, NJ 08054-7615
cr              +Stonegate Mortgage Corporation,    Knuckles, Komosinski & Manfro, LLP,
                  565 Taxter Road, Suite 590,    Elmsford, NY 10523-2300
516711103       +AlliedInterstate, LLC,    PO Box 361445,    Columbus, OH 43236-1445
516711105       +Archer & Greiner, P.C.,    One Centennial Square,    Haddonfield, NJ 08033-2374
516748840       +Archer & Greiner, PC,    c/o Jerrold S. Kulback, Esq.,    1717 Arch Street Ste 3500,
                  Philadelphia, PA 19103-2739
516711107       +Burlington Cty Child Support Enforcement,    50 Rancocas Road, 2nd Floor,
                  Mount Holly, NJ 08060-1349
516711109       +Community Bank, N.A.,    45-49 Court Street,    Canton, NY 13617-1179
516711111       #+Delilah Correa,    412 Rancocas Avenue,    Hainesport, NJ 08036-3654
516711114       +Edgewater Park Sewerage Authority,    1123 Cooper St,    Edgewater Park, NJ 08010-2558
516711115       +Endeavor Emergency Squad,    c/o DM Billings,    PO Box 1016,    Voorhees, NJ 08043-7016
516745048       +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
516956891       +Home Point Finance,    4849 Greenville, Ave,    Ste 800,    Dallas, TX 75206-4130
516950817       +Home Point Financial,    565 Taxter Road, Ste 590,    Elmsford NY 10523-2300
516711118       +Mattleman, Weinroth & Miller, PC,    401 Route 70 East, Suite 100,    Cherry Hill, NJ 08034-2410
516711119       +Maury Cobb, Esquire,    301 Beacon Parkway West, Suite 100,    Birmingham, AL 35209-3103
516711120        ProCo,    PO Box 2462,    Aston, PA 19014-0462
516711123      ++SNAP ON CREDIT LLC,    950 TECHNOLOGY WAY,    SUITE 301,    LIBERTYVILLE IL 60048-5339
                 (address filed with court:   Snap-On Credit LLC,    950 Technology Way, Suite 301,
                  Libertyville, IL 60048)
516711122       +Sheils Law Associates, P.C.,    108 North Abington Road,    Clarks Summit, PA 18411-2505
516711124       +Stonegate Mortgage Corporation,    4894 Greenville Ave Ste 800,    Dallas, TX 75206-4120
516711126        Thomas Jefferson University Hospitals,    PO Box 3475,    Toledo, OH 43607-0475
516803387       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Nov 20 2017 23:41:25     U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 20 2017 23:41:22      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
516735331        EDI: AIS.COM Nov 20 2017 23:03:00      American InfoSource LP as agent for,
                  T Mobile/T-Mobile USA Inc,    PO Box 248848,   Oklahoma City, OK  73124-8848
516711104        EDI: AMSHER.COM Nov 20 2017 23:03:00      Amsher Collection Services Inc.,
                  600 Beacon Pkwy Ste 300,    Birmingham, AL 35209-3114
516711106       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Nov 20 2017 23:41:49
                  Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd, 5th Floor,
                  Coral Gables, FL 33146-1837
516711108        EDI: CAPITALONE.COM Nov 20 2017 23:03:00      Capital One,   PO Box 30285,
                  Salt Lake City, UT 84130-0285
516838107        EDI: CAPITALONE.COM Nov 20 2017 23:03:00      Capital One Bank (USA), N.A.,   PO Box 71083,
                  Charlotte, NC  28272-1083
516711110       +EDI: CONVERGENT.COM Nov 20 2017 23:03:00      Convergent Outsourcing, Inc.,   800 SW 39th St,
                  PO Box 9004,   Renton, WA 98057-9004
516711112        EDI: ESSL.COM Nov 20 2017 23:03:00      Dish Network,   5701 S Santa Fe Dr,
                  Littleton, CO 80120-1813
516711113        EDI: DCI.COM Nov 20 2017 23:03:00      Diversified Consultants, Inc.,   PO Box 551268,
                  Jacksonville, FL 32255-1268
516711116        E-mail/Text: bankruptcy.notices@hdfsi.com Nov 20 2017 23:42:01      Harley Davidson Credit Corp,
                  ATTN: Rider Services,    PO Box 22048,   Carson City, NV 89721-2048
516711117        EDI: IRS.COM Nov 20 2017 23:03:00      Internal Revenue Service,   PO Box 7346,
                  Philadelphia, PA 19101-7346
516711121       +E-mail/Text: bankruptcy@pseg.com Nov 20 2017 23:40:41       PSE&G,   ATTN: Bankruptcy Dept,
                  PO Box 490,   Cranford, NJ 07016-0490
516711125        EDI: AISTMBL.COM Nov 20 2017 22:58:00      T-Mobile Bankruptcy Team,   PO Box 53410,
                  Bellevue, WA 98015-3410
516711127        EDI: TFSR.COM Nov 20 2017 23:03:00      Toyota Motor Credit Corporation,   PO Box 2958,
                  Torrance, CA 90509-2958
516866002       +EDI: AIS.COM Nov 20 2017 23:03:00      Verizon,   by American InfoSource LP as agent,
                  4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                             TOTAL: 16
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516872685*      +PSE&G,   Attn: Bankruptcy Dept.,    PO Box 490,   Cranford, NJ 07016-0490
                                                                                             TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-1             User: admin                Page 2 of 2                  Date Rcvd: Nov 20, 2017
                                 Form ID: 148               Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2017 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC NJECFMAIL@mwc-law.com
              Brian C. Nicholas     on behalf of Creditor    Toyota Motor Credit Corporation
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              Celine P. Derkrikorian    on behalf of Creditor    Bayview Loan Servicing, LLC njecfmail@mwc-law.com
              Denise E. Carlon     on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Karen B. Olson    on behalf of Creditor    Stonegate Mortgage Corporation kbo@kkmllp.com,
               nmm@kkmllp.com
              Rex J. Roldan     on behalf of Debtor Giovanni    Perricone roldanlaw@comcast.net,
               r43760@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 8